# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI

## WITNESS LIST - EVIDENTIARY HEARING

QUINTEZ WREN HODGES

v.                                          CAUSE NUMBER: 1:07CV66

CHRISTOPHER EPPS, ET AL.                    DATE: 3/30/2010-3/31/2010

| **PETITIONER** | **RESPONDENT** |
|---|---|
| 1.　Forrest Allgood | 1.　None |
| 2.　Judge Jim Kitchens | 2. |
| 3.　Michael Miller (video deposition) | 3. |
| 4.　Linda Hodges | 4. |
| 5.　Wren Blair | 5. |
| 6.　Bernice Hodges | 6. |
| 7.　Lakesha Hodges Porter | 7. |
| 8.　Dr. Antionette Kavanaugh | 8. |
| 9.　Carrie Jourdan | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |

Petitioner rest:　3/31/10, 11:25 AM          Respondent rest: