**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**QUINTEZ WREN HODGES**                          **PETITIONER**

**v.**                                                                               **No. 1:07CV66-MPM**

**CHRISTOPHER EPPS, ET AL.**                      **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order issued today in the above-referenced cause, relief is **GRANTED** on Petitioner's claims of ineffective assistance of counsel at the sentencing phase of trial; the State's presentation of false/misleading testimony at the sentencing phase of trial; and inaccurate instructions to the jury concerning parole. The Court will issue a Writ of Habeas Corpus unless, within sixty days, the State of Mississippi either initiates a new sentencing proceeding or imposes a sentence less than death. All other relief requested in Petitioner's Petition for Writ of Habeas Corpus does not warrant relief, and those claims are hereby **DENIED** and **DISMISSED WITH PREJUDICE**. All pending motions are **DENIED AS MOOT**. A Certificate of Appealability on all dismissed claims is **DENIED**.

       **SO ORDERED** this the 13th day of September, 2010.

                                               **/s/ MICHAEL P. MILLS
                                               CHIEF JUDGE
                                               UNITED STATES DISTRICT COURT
                                               NORTHERN DISTRICT OF MISSISSIPPI**